NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANA TORRES  :  <br>  :  **Hon. Dennis M. Cavanaugh**<br>Plaintiff, :  <br>  : **ORDER**<br>v. :  <br>  : Civil Action No.08-cv-1424(DMC)<br>COMMISSIONER OF SOCIAL :  <br>SECURITY :  <br>  :  <br>Defendant. :  <br>  : | |

This matter coming before the Court upon motion by Petitioner, ANA TORRES, to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and upon considering Petitioner's affidavit,

IT IS on this __3__ of April, 2008;

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **granted**; and it is further

**ORDERED** that the Clerk of the Court should file the complaint and issue summonses.

Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         All Counsel of Record
            The Honorable Mark Falk, U.S.M.J.
            File